MARY A. WINNE, Appellant, *v.* HERBERT WINNE, Respondent.

*Winne* v. *Winne*, 95 App. Div. 48, affirmed.
(Argued March 8; 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 15, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Lewis E. Carr* and *Charles Irving Oliver* for appellant.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ.  Absent: WERNER, J.

-------

WALDORF-ASTORIA SEGAR COMPANY, Respondent, *v.* WALTER J. SALOMON, Defendant, and ACKER, MERRALL & CONDIT COMPANY, Appellant.

*Waldorf-Astoria Segar Co.* v. *Salomon*, 109 App. Div. 65, affirmed.
(Argued March 9, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Jordan J. Rollins, Alfred A. Wheat* and *Theodore H. Lord* for appellant.

*Morris J. Hirsch* and *Benjamin N. Cardozo* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.